CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
February 06, 2026
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERRY EADS, | ) |
| Plaintiff, | ) Case No. 7:24-cv-00830 |
| v. | ) **MEMORANDUM OPINION** |
| MISS AKERS, *et al.*, | ) By:   Hon. Thomas T. Cullen |
| Defendants. | )         United States District Judge |

Plaintiff Jerry Eads, proceeding *pro se*, filed this civil-rights action under 42 U.S.C. § 1983 against Defendants Miss Akers, Capt. Tatum, Maj. Kilgor, and Nurse Staff. (*See* ECF No. 1.) By order entered on November 26, 2024, the court advised Plaintiff that he must notify the court in writing immediately upon his transfer or release and provide the court with his new address. (ECF No. 3, at 2.) The court cautioned Plaintiff that the failure to notify the court of such a change of address would result in dismissal of this action. (*Id.*)

On December 29, 2025, an order mailed to Plaintiff at the Fayette County Detention Center, where Plaintiff was previously housed, was returned to the court as undeliverable. (ECF No. 15.) The returned envelope indicates that Plaintiff has been released (*see id.*), yet Plaintiff never notified the court of his release himself and has not provided the court with an updated address as ordered.

On January 15, 2026, the court ordered Plaintiff to file a response showing good cause for his failure to keep the court of his current address as ordered. (*See* ECF No. 21.) The court further ordered to pay the full filing fee given that he was no longer incarcerated and subject to the fee-payment provisions of the Prison Litigation Reform Act. (*See id.*) The court

cautioned Plaintiff that his failure to file a response demonstrating good cause as to his failure to update his address or to pay the full filing fee within 21 days would result in the dismissal of this action under Federal Rule of Civil Procedure 41(b) for failure to comply with the court's order and/or failure to prosecute this case. (*Id.*)

More than 21 days have passed, and Plaintiff has not filed a response nor paid the filing fee. As it stands, Plaintiff has not filed anything in this action or otherwise interacted with the court concerning this matter in over a year. For these reasons, the court will dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk is directed to send a copy of this order to Plaintiff at his last known address.

**ENTERED** this 6th day of February, 2026.

        */s/ Thomas T. Cullen*
        HON. THOMAS T. CULLEN
        UNITED STATES DISTRICT JUDGE